NUMBER 13-06-155-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

__________________________________________________________________

 

                     IN THE INTEREST OF E.H., A
CHILD

__________________________________________________________________

 

                  On appeal from the 357th
 District Court

                          of Cameron
County, Texas.

__________________________________________________________________

 

                     MEMORANDUM OPINION

 

              Before Justices
Rodriguez, Castillo, and Garza

                       Memorandum Opinion Per
Curiam

 

Appellant, Katrina
Martin, attempted to perfect an appeal from an order entered by the 357th  District
Court of Cameron County, Texas, in cause no. 2004-09-60-NE.  The notice of appeal was received on April 3,
2006.








Upon review of the
documents filed in this cause, it appeared that no final appealable order had
been entered in this cause.  Pursuant to Tex. R. App. P. 42.3, notice of this defect
was given so that steps could be taken to correct the defect, if it could be
done.  Appellant was advised that, if the
defect was not corrected within ten days from the date of receipt of this
notice, the appeal would be dismissed for want of jurisdiction.  Appellant=s response was received on April 21, 2006.  

The Court, having
considered the documents on file and appellant=s response, is of the opinion that the appeal
should be dismissed for want of jurisdiction. The appeal is hereby DISMISSED
FOR WANT OF JURISDICTION.

PER CURIAM

 

Memorandum Opinion delivered and filed 

this the 11th day of May, 2006.